# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———

**No. 11-5081**                          **September Term, 2011**

FILED ON: APRIL 27, 2012

MASHOUR ABDULLAH MUQBEL ALSABRI, DETAINEE,
APPELLANT

v.

BARACK OBAMA, ET AL.,
APPELLEES

———

Appeal from the United States District Court
for the District of Columbia
(No. 1:06-cv-01767)

———

Before: GARLAND and KAVANAUGH, *Circuit Judges*, and GINSBURG, *Senior Circuit Judge*.

# PENDING CLASSIFICATION REVIEW